# MEMORANDUM DECISIONS.

---

THE ASIATIC PRINCE. (Circuit Court of Appeals, Second Circuit. July 9, 1900.) Appeal from the District Court of the United States for the Southern District of New York. On application for leave to take further proofs. See 97 Fed. 343; 103 Fed. 676. John N. Lewis, for the motion. J. Parker Kirlin, opposed.

LACOMBE, Circuit Judge. It is absolutely impossible to form any opinion as to the 44 letters and telegrams, since no copy of any one of them is before the court. If they are part of a correspondence already partly proved, they might with propriety be admitted. When copies of them are furnished, and the letters and telegrams already in evidence are printed, so that an examination and comparison can be made, the question will be passed upon. As to the statutes, decrees, articles of the Commercial Code, and custom-house regulations of Brazil, the full text of those of which the numbers are set out in the moving papers may be put in. The application to recall libelant seems to be intended practically to secure his re-examination on the whole case, and must be denied.

---

GAVIN v. POLLOCK. (Circuit Court of Appeals, Fourth Circuit. May 18, 1900.) No. 369. On Petition to Superintend and Revise from the District Court of the United States for the Eastern District of North Carolina. In bankruptcy. McNeill & Bryan, for petitioners. Petition withdrawn.